SIEGFRIED DEUTSCH, Appellant, *v.* FLORES B. ROY and Others, Defendants, Impleaded with KELLOU REALTY CORPORATION, Respondent.

First Department, June 12, 1931.

*Henry C. Burnstine* of counsel [*Burnstine & Geist,* attorneys], for the appellant.

*Louis Susman,* for the respondent.

MARTIN, J. We have held that the complaint in *Deutsch* v. *Roy* (232 App. Div. 543) should not have been dismissed. Although this matter was properly disposed of by the Special Term, in view of our ruling in the action of *Deutsch* v. *Roy,* decided herewith, the order herein must be reversed and the *lis pendens* reinstated.

The order should be reversed, with ten dollars costs and disbursements, the motion denied, with ten dollars costs, and the notice of pendency of action reinstated.

FINCH, P. J., MCAVOY, O'MALLEY and TOWNLEY, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. and the notice of pendency of action reinstated.